UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In Re:  Thomas J. Quinn and<br>Maine Board of Bar Examiners | )<br>)<br>) Misc. No.:  1:07mc41<br>) |

## ORDER GRANTING MOTION TO QUASH

In the underlying Massachusetts case, <u>Varad v. Reed Elsevier, Inc.</u>, 06-11370 MLW, United State Magistrate Judge Judith Dein has issued an order limiting discovery pertaining to the Maine Board of Bar Examiners and Thomas J. Quinn.  Having reviewed the order she issued, I now **grant** the motion to quash subpoena filed in this court for the reasons set forth in that order,  as the Massachusett's court's protective order renders this subpoena inappropriate.

## CERTIFICATE

Any objections to this Order shall be filed in accordance with Fed.R.Civ. P. 72.

*So Ordered.*

October 16, 2007                           /s/ Margaret J. Kravchuk
                                                       U.S. Magistrate Judge